**Order entered September 23, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01002-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the County Court at Law No. 6
### Collin County, Texas
### Trial Court Cause No. 006-86065-2019

## ORDER

Before the Court is appellant's September 15, 2022 motion to abate the appeal. In his motion, appellant contends the reporter's record is incomplete in that the court reporter's second supplemental reporter's record, filed on May 13, 2022, does not contain all of the metadata connected to State's exhibits 10, 10R, and 11R as appellant had requested. We **GRANT** the motion to the extent of the following relief.

We **ORDER** Official Court Reporter Jennifer K. Corley to review State's exhibits 10, 10R, and 11R and determine whether the exhibits contain additional metadata not previously filed as part of the second supplemental reporter's record. We further **ORDER** Ms. Corley to file, within **TWENTY-ONE DAYS** of the date of this order, either a supplemental reporter's record containing the additional metadata or a letter verifying that there is no additional metadata recoverable from State's exhibits 10, 10R, and 11.

We **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

We **DIRECT** the Clerk to transmit copies of this order to Jennifer K. Corley, official court reporter, County Court at Law No. 6; Jay Sandon Cooper; and the Collin County District Attorney's Office.

/s/    LANA MYERS
       JUSTICE